IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WARREN AIKEN, JR,

        Plaintiff,

v.                              CASE NO. 4:10-cv-00089-MP-WCS

JOSEPH DEREIGO, GLEN GRAHAM,

        Defendants.

_____/

## O R D E R

    This matter is before the Court on Objection the Magistrate's Report and Recommendations by Warren Aiken, Jr., Doc. 7.  On March 16, 2010, the Magistrate Judge directed Plaintiff to clarify his intentions or file an amended complaint by April 19, 2010, to avoid having his case dismissed for failure to prosecute and/or failure to comply with an order. Plaintiff did not clarify his intentions or amend the complaint.  Accordingly, on May 11, 2010, the Magistrate Judge recommended the case be dismissed without prejudice.  Plaintiff objected, and so this Court reviews the objected-to analysis *de novo*.

    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has failed to comply with an order or to prosecute this case, this complaint should now be dismissed without prejudice.

    Plaintiff's objection is unpersuasive in changing this conclusion.  The objection discusses

Plaintiff's right to seek redress of grievances in the courts. In order to seek properly that redress, however, a civil complaint such as this one must consist of 1) a short, plain statement of the grounds for the court's jurisdiction, 2) a short, plain statement of the facts showing the plaintiff is entitled to relief, and 3) a demand for the relief sought. Federal Rule of Civil Procedure 8(a). If it is unclear what facts a plaintiff believes entitle him to relief, and what relief is sought, the Magistrate may direct that plaintiff to clarify his intentions or amend his complaint, as the Magistrate did here. The plaintiff must comply with that order, or risk dismissal.

Here, Plaintiff did not comply with the Magistrate's order, instead objecting to the Magistrate's instructions. As such, the complaint still lacks the necessary elements, described with the necessary clarity, to allow this case to move forward. Plaintiff may re-file another complaint later, that complaint must conform to the Federal Rules of Civil Procedure, and Plaintiff must comply with all court orders or risk dismissal of that complaint as well.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge, Doc. 6, is ADOPTED and incorporated herein.

2.      This case is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this _2nd_ day of June, 2010


        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge